UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEVIN VOGENBERGER, on his
own behalf and all similarly
situated individuals,

     Plaintiff,

v.                  Case No: 2:14-cv-436-FtM-29CM

ATC FITNESS CAPE CORAL, LLC,
ATC FITNESS FORT MYERS, LLC,
ATC FITNESS FORT MYERS 2,
LLC, and 3F MANAGEMENT, LLC,
a      Florida      profit
corporation,

     Defendants.

---

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #38), filed April 15, 2015, recommending that the parties' Second Joint Motion for Approval of Settlement be granted.  The parties filed a Joint Notice of Non-Objection (Doc. #39) on April 23, 2015.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.  Because the Settlement Agreement identifies all of the potential class members that will be notified of the settlement and the amount due to each of the potential members (Doc. #37-2, p. 14), the Court finds the terms of the Settlement Agreement to be fair and reasonable.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #38) is hereby **adopted** and the findings **incorporated** herein.

2.   The parties' Second Joint Motion for Approval of Settlement (Doc. #37) is **granted** and the Settlement Agreement (Doc. #37-2) is approved as a fair and reasonable resolution of a bona fide dispute.

3.    The parties may distribute the proposed Class Notice, as detailed in the Settlement Agreement.

4.    The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___24th___ day of April, 2015.


_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE


Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties